FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

FEB -7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL STEVE COX, #40295

    Plaintiff,

vs.

J. PALMER, *et al.*,

    Defendants.

3:10-cv-00710-RCJ-RAM

**ORDER**

On January 13, 2011, the court issued an Order denying plaintiff's application to proceed *in forma pauperis*, because he has "three strikes" pursuant to 28 U.S.C. § 1915(g) (docket #3). On January 24, 2011 plaintiff filed motion to reconsider order (docket #4). Plaintiff's handwriting is extremely difficult to read, but to the extent that the court is able to discern the motion, plaintiff does not allege imminent danger of serious physical harm. Plaintiff's motion presents no basis whatsoever for the court to reconsider its Order.

**IT IS THEREFORE ORDERED** that plaintiff's motion to reconsider order (docket #4) is **DENIED**.

DATED: February 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE