

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL STEVE COX,
#40295

    Plaintiff,

vs.

J. PALMER, *et al.*,
    Defendants.

3:10-cv-00710-RCJ-RAM

**ORDER**

      Plaintiff filed this civil rights action along with an application to proceed *in forma pauperis*. However, on January 13, 2011, this court entered an Order directing plaintiff to pay the full filing fee within thirty (30) days because plaintiff has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury pursuant to 28 U.S.C. § 1915(g) (docket #3). On February 16, 2011, plaintiff filed a notice of appeal (docket #7). The Ninth Circuit dismissed plaintiff's appeal on June 14, 2011 (docket #12). Accordingly, plaintiff now has thirty (30) days from the date this Order is entered to pay the filing fee in full.

      **IT IS THEREFORE ORDERED** that plaintiff has **thirty (30) days** from the date this Order is entered to pay the $350.00 filing fee in full.

      **IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee in full as described in this Order this action shall be dismissed without prejudice.

1       **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of
2 this order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to
3 the check paying the filing fee.
4       DATED: August 8, 2011.

                                                       UNITED STATES MAGISTRATE JUDGE