# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL STEVE COX,
    #40295

      Plaintiff,

vs.

J. PALMER, *et al.*,
      Defendants.

3:10-cv-00710-RCJ-WGC

**ORDER**

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On January 13, 2011, the court issued an Order denying plaintiff's application to proceed *in forma pauperis* because he has "three strikes" under 28 U.S.C. § 1915(g) (ECF #3). Plaintiff appealed (ECF #7), and his appeal was dismissed for failure to perfect on June 14, 2011 (ECF #12).

On August 9, 2011, the court directed plaintiff to submit the $350.00 filing fee within thirty (30) days (ECF #13). The court expressly warned plaintiff that failure to respond to this court's Order would result in dismissal of this action. The Order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not paid the filing fee nor responded to the court's Order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's Order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's Order to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE