AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****        DISTRICT OF   NEVADA

MICHAEL STEVE COX #40295,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE
  V.

                                      CASE NUMBER: 3:10-CV-00710-RCJ-WGC

J. PALMER, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

January 31, 2012
   Date

                                       **LANCE S. WILSON**
                                          Clerk

                                /s/   M. Campbell
                                        Deputy Clerk