AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_ ***** \_\_\_\_\_ DISTRICT OF   NEVADA   

MICHAEL STEVE COX #40295,

      Plaintiff,

V.

J. PALMER, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-CV-00710-RCJ-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| January 31, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |